IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DENNIS MORGEN and DONNA MORGEN,    )
                                   )   2:05-cv-1751-GEB-GGH
                Plaintiff,         )
                                   )
     v.                            )   ORDER
                                   )
UNITES STATES OF AMERICA,          )
DEPARTMENT OF THE NAVY,            )
                                   )
                Defendants.        )
_____)
```

The parties' Stipulation filed November 15, 2006, is approved, except for the portion that discusses when a joint status

/////
/////
/////
/////
/////
/////
/////
/////
/////

1

1  report shall be filed.  A joint status report shall be filed no later
2  than March 26, 2007.[1]
3          IT IS SO ORDERED.
4  Dated:  November 20, 2006

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2