IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS MORGEN and DONNA MORGEN,  )
                                 )   2:05-cv-1751-GEB-GGH
                 Plaintiff,      )
                                 )
     v.                          )   ORDER
                                 )
UNITED STATES OF AMERICA,        )
DEPARTMENT OF THE NAVY,          )
                                 )
                 Defendants.     )
_____  )

The parties' joint status report filed March 23, 2007 ("JSR") indicates that a "dispositive motion has been noticed for April 30, 2007" and "request[s] that discovery and other case related activities not resume until the Court has ruled on its subject matter jurisdiction to hear this case." The JSR does not provide proposed dates for the completion of discovery, the filing of dispositive motions, the final pretrial conference, or trial. Therefore, the case will not be scheduled at this time.

///

///

///

1

1  Accordingly, a further status conference is scheduled to
2 commence at 9:00 a.m. on July 2, 2007.  A joint status report shall be
3 filed no later than fourteen days prior to the status conference.[1]
4  IT IS SO ORDERED.
5 Dated:  March 27, 2007

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2