MCGREGOR SCOTT
United States Attorney
Eastern District of California
DAVID SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814-2322
Telephone: 916-554-2700

PETER D. KEISLER
Assistant Attorney General
Civil Division
J. PATRICK GLYNN
Director, Environmental Torts
DAVID S. FISHBACK
Asst. Dir., Environmental Torts
MARGARET JANE MAHONEY
INA STRICHARTZ
KIRSTEN L. WILKERSON
TIMOTHY B. WALTHALL
Trial Attorneys, Environmental Torts
U.S. Department of Justice
P.O. Box 340
Washington, D.C. 20044
Telephone: (202) 616-4221; 4206
Facsimile:  (202) 616-4473
**Attorneys for Defendants**

STEVEN KAZAN, Esq. (C.S.B. # 46855)
MATTHEW THIEL, Esq, (C.S.B. #237564)
KAZAN, McCLAIN, ABRAMS, FERNANDEZ,
LYONS, FARRISE & GREENWOOD, P.C.
171 Twelfth Street, Third Floor
Oakland, CA. 94607
Telephone: (510) 465-7728
**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORGEN and DONNA MORGEN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNITED STATES of AMERICA,<br>DEPARTMENT OF THE NAVY,<br><br>  Defendants. | **No.  2:05-cv-01751-GEB-GGH**<br><br>**JOINT STIPULATION TO CONTINUE JULY 2, 2007, STATUS CONFERENCE** |

1   Before the Court is *Defendants' Motion to Dismiss, or in the Alternative, Motion for*
2   *Summary Judgment*  (Docket Nos. 19-23).  Since Defendants' motion is jurisdictional in nature,
3   the parties believe that it is in the best interests of judicial economy and the parties' resources to
4   await the Court's decision before proceeding with any other case related activities.  For that
5   reason, the parties, by and through their undersigned counsel, file this Joint Stipulation
6   requesting that the Court approve this joint request for a continuance of the Status Conference
7   now scheduled for July 2, 2007, at 9 a.m. (Docket No. 26 ), to a date to be set after the
8   determination of Defendants' motion.

DATED: June 11, 2007	KAZAN, McCLAIN, ABRAMS, FERNANDEZ LYONS
	& FARRISE & GREENWOOD

	By:	/s/ Steven Kazan
		STEVEN KAZAN, Esq.
		Attorneys for Plaintiffs

DATED: June 11, 2007	UNITED STATES DEPARTMENT OF JUSTICE
	CIVIL DIVISION, TORTS BRANCH

	By:	/s/ Margaret Jane Mahoney
		MARGARET JANE MAHONEY
		Trial Attorney
			Attorneys for Defendants

**IT IS SO ORDERED THAT THE STIPULATION OF THE PARTIES IS APPROVED, AND THE STATUS CONFERENCE IS RESCHEDULED TO COMMENCE AT 9:00 A.M. ON AUGUST 13, 2007.  A JOINT STATUS REPORT SHALL BE FILED NO LATER THAN FOURTEEN DAYS PRIOR TO THE SCHEDULING CONFERENCE.**

Dated:  June 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2