```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA MORGEN,                      )
                                   )      2:05-cv-1751-GEB-GGH
               Plaintiff,          )
                                   )
     v.                            )      RELATED CASE ORDER
                                   )
UNITED STATES OF AMERICA,          )
                                   )
               Defendant.          )
_____)
                                   )
DONNA MORGEN,                      )
                                   )      2:07-cv-1855-LEW-GGH
               Plaintiff,          )
                                   )
     v.                            )
                                   )
UNITED STATES OF AMERICA,          )
DEPARTMENT OF THE NAVY,            )
                                   )
               Defendants.         )
_____)
```

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a), since they involve the same parties, are based on the same or similar claims, and involve the same event. Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that action 2:07-cv-1855-LEW-GGH is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the case number as 2:07-cv-1855-GEB-GGH. The Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment and shall issue Judge Burrell's Order Setting Status (Pretrial Scheduling) Conference in 2:07-cv-1855-GEB-GGH, setting a status conference for December 10, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 20, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge